1  Vince M. Verde CA Bar No. 202472
   vince.verde@ogletree.com
2  David A. Garcia CA Bar No. 218356
   david.garcia@ogletreedeakins.com
3  Tiffany E. Yim CA Bar No. 322907
   tiffany.yim@ogletree.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  Park Tower, Fifteenth Floor
   695 Town Center Drive
6  Costa Mesa, CA 92626
   Telephone: 714-800-7900
7  Facsimile: 714-754-1298

8  Attorneys for Defendant Keter
   Environmental Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TERRELL RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KETER ENVIRONMENTAL SERVICES, INC. a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09419-VAP-E<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>State Action<br>  Filed:        September 18, 2018<br>Trial Date:      December 10, 2019<br>District Judge:  Hon. Virginia A. Phillips<br>Magistrate Judge: Hon. Charles F. Eick |

37784525_1.docx

1    GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the Stipulated Protective Order dated March 14, 2019 between Plaintiff Terrell Richardson on the one hand, and Defendant Keter Environmental Services, Inc., on the other hand, is hereby GRANTED.

IT IS SO ORDERED.

DATED: 3/14/19

_____
Honorable ~~Virginia A. Phillips~~ Charles F. Eick
United States ~~District Court Judge~~ Magistrate Judge

37784525_1.docx

1    Case No. 2:18-cv-09419-VAP-E
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER